**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TONYA GAYLE HERNDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-145 (LAG) |
| | : | |
| TYRONE OLIVER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss Less Than All Parties. (Doc. 19). Therein, the Parties jointly move to dismiss without prejudice Plaintiff's claims against Defendant Tiffany Lewis pursuant to Federal Rule of Civil Procedure 21. (*Id.* at 1). The Parties represent that each party will bear their own costs and attorney's fees, and that the Motion will not affect Plaintiff's claims against the other Defendants in the case.[1] (*Id.*). Federal Rule of Civil Procedure 21 provides that "[o]n motion or on its own, the [C]ourt may at any time, on just terms, add or drop a party." The Parties' Joint Motion for Dismissal of Less Than All Parties (Doc. 19) is therefore **GRANTED**. The claims against Defendant Lewis are hereby **DISMISSED without prejudice**.[2]

**SO ORDERED**, this 24th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] No party that has appeared in this action objects to the dismissal of Defendant Lewis from the action.
[2] Defendant Tiffany Lewis' Motion to Dismiss (Doc. 15) is **DENIED as moot**.