**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| TONYA GAYLE HERNDON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-145 (LAG) |
| TYRONE OLIVER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is Defendants Tyrone Oliver, Jermaine White, Scott Wiza, Ralph Shropshire, Howard Fleming, Marjorie Gillum, Donte Evans, Charles Marcus, and Kelvin Reeves' Motion to Continue Stay of Discovery. (Doc. 32). On February 13, 2026, Defendants Oliver, White, Wiza, Shropshire, Fleming, Gillum, Evans, Marcus, and Reeves filed a Motion to Dismiss Plaintiff's Complaint and a Motion to Stay Discovery. (Docs. 13, 14). The Court granted the Motion to Stay Discovery, staying discovery "pending the resolution of the Defendant's Motion to Dismiss (Doc. 13)." (Doc. 24 at 3). Thereafter, Plaintiff filed a Motion for Leave to File First Amended Complaint. (Doc. 26). The Court granted the Motion for Leave to File First Amended Complaint, and denied as moot Defendants' Motion to Dismiss. (Doc. 28 at 3). The Court also ordered "that the stay of discovery shall continue until Defendants file an Answer to the First Amended Complaint [], or, if Defendants instead file a Motion to Dismiss the First Amended Complaint, until that motion is resolved." (*Id.*). Defendants then filed a Motion to Dismiss the First Amended Complaint. (Doc. 31). Thus, per the Court's Order, discovery has already been continued until that Motion (Doc. 31) is resolved. Accordingly, the Motion to Continue Stay of Discovery is **DENIED as moot**.

**SO ORDERED**, this 1st day of September, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**